NEW YORK, May, 1826.

Hunt
v.
Peak.

---

POLLY HUNT *against* A. PEAKE.

ACTION for breach of marriage promise. Plea infancy. General demurrer and joinder.

*S. Starkweather*, in support of the demurrer, said that infants may intermarry at the age of discretion, which is 14 in males; and it would seem to follow that a promise to do so is binding.

An infant under the age of 21 years, is not liable to an action for a breach of promise of marriage.
*Semble*, that such a contract is not void, but voidable at the election of the infant; who may maintain the action though he is not liable to it.

*L. Ford*, contra, cited *Holt* v. *Ward*, (2 Str. 937;) and 15 Vin. Marriage, (C.) pl. 4, S. C. as in point against the action.

*Curia*, per SAVAGE, Ch, J. The general principle is against the liability of the infant; and I do not find that this case is an exception. In *Holt* v. *Ward*, (2 Str. 937,) it was decided, after full argument and deliberation, that the contract to marry by an infant is not void; but voidable at the election of the infant; yet, as to the person of full age, contracting with the infant, it absolutely binds. Hence, an infant may maintain this action against an adult; but an infant defendant is not liable. (Com. Dig. Enfant, B. 6.) The defendant is entitled to judgment,

Judgment for the defendant. .